DUSTIN R. MARCELLO, ESQ.
Nevada bar Ndao. 10134
DUSTIN R. MARCELLO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554
Fax: 702-474-4210
Email: dustin@fumolaw.com
Attorney for Defendant

MARTELL BLAND
UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTELL BLAND,<br><br>Defendant. | Case No. 2:21-cr-00287-JCM-EJY<br><br>**STIPULATION TO CONTINUE ENTRY OF PLEA HEARING DATE** |

**COMES NOW, DUSTIN R. MARCELLO, ESQ.,** counsel of record for **MARTELL BLAND** and enters the following stipulation with **ROBERT KNIEF, ESQ.,** representing the Government in the above-entitled matter, to continue the hearing set for change of plea on February 10, 2023, for 10 days or at a time convenient to the Court, due to the following reasons:

Counsel for Mr. Bland will be out of the jurisdiction and there was an outstanding issue that needed to be resolved with the Government and Counsel needs time to review the decision with Defendant to assist in the change of plea process

**DATED** this February 9, 2023.

    */S/ Dustin R. Marcello, Esq.*
**DUSTIN R. MARCELLO, ESQ.**
Nevada Bar No. 10134
Attorney for Defendant

| | |
|---|---|
| 1 |    _/S/ **Robert Knief, Esq.**_ |
| 2 | **JIM FANG , ESQ.** |
|   | U.S. Attorney's Office |
| 3 | 501 Las Vegas Blvd. So., Ste. 1100 |
| 4 | Las Vegas, NV 89101 |
|   | Counsel for Government |

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**MARTELL BLAND**<br><br>    Defendant. | Case No. 2:21-cr-00287-JCM-EJY |

## ORDER GRANTING STIPULATION

Based on the stipulation of the Parties and good cause appearing therefore, it is hereby ORDERED that the Change of Plea Hearing scheduled for February 10, 2023, at 10:00 am, be continued to **March 8, 2023, at 10:00 a.m.**

Dated this 9th day of February 2023.

By: _____
    U.S. DISTRICT JUDGE

Submitted by:

/s/ Dustin R. Marcello, Esq.
DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
DUSTIN R. MARCELLO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554
Fax: 702-474-4210
Email: dustin@fumolaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, I served a copy of the foregoing: **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** via the CM/ECF system upon the following.

**ROBERT KNIEF , ESQ.**
U.S. Attorney's Office
501 Las Vegas Blvd. So., Ste. 1100
Las Vegas, NV 89101
Counsel for Government

／s/ *Dustin R. Marcello, Esq.*
DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
DUSTIN R. MARCELLO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554
Fax: 702-474-4210
Email: dustin@fumolaw.com
Attorney for Defendant